IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | COURT NO. 01-MC-85 |
| PLAINTIFF, : | |
| v. : | |
| DOROTHY J. POWELL, : | |
| DEFENDANT. : | |

...oOo...

## CANCELLATION OF JUDGMENT

The Judgment in the above-entitled case has been cancelled. The Clerk of the United States Court for the District of Maryland is hereby authorized and empowered to cancel said judgment of record. Dorothy J. Powell, hereby released from any lien created by the Abstract of Judgment recorded May 31, 2001, case number 01/66, in the Circuit Court for Prince George's County, Maryland.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: *Thomas Corcoran*
Thomas F. Corcoran
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410)962-6195
Trial Bar No. 24894