CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___4th___ day of ___August___, 2006, a copy of the Cancellation of Judgment was sent, first class mail, postage prepaid to Dr. Dorothy J. Powell, 735 Gleneagles Drive, Ft. Washington, MD 20748.

_____Thomas Corcoran /s/_____
Thomas F. Corcoran
Assistant United States Attorney